IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

JOEL D. JOHNSON,

     Plaintiff,

v.

MEB LOAN TRUST IV, et al.,

     Defendants.

CIVIL ACTION FILE

NUMBER 3:24-cv-97-TCB

**O R D E R**

This case comes before the Court on Plaintiff's motion [3] for the Clerk's entry of default against Defendant MEB Loan Trust IV. However, shortly thereafter—and before the Clerk entered default— MEB filed its answer. The Court finds that good cause exists to deny the motion for the Clerk's entry of default.[1]

---

[1] It is unclear whether the motion is also intended to be directed toward Defendant U.S. Bank National Association. However, similar to MEB, U.S. Bank promptly submitted a consent motion to extend the deadline to respond, which the Court granted. U.S. Bank has now filed its answer. Thus, the Court finds that good cause exists to deny any motion for default as to U.S. Bank.

IT IS SO ORDERED this 8th day of August, 2024.

Timothy C. Batten, Sr.
Chief United States District Judge